**Kenneth SCHULTZ, Plaintiff–Appellant,**

v.

**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. Kim, M.D., Defendants–Appellees.**

No. 12–16182.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 20, 2013.

CSPC–California State Prison, Corcoran, CA, for Plaintiff–Appellant.

Kenneth Schultz, pro se.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM ***

Kenneth Schultz, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under 28 U.S.C. §§ 1915A and 1915(e)(2). *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We reverse and remand.

Liberally construed, the allegations in Schultz's pro se complaint were sufficient to state a claim for deliberate indifference where Schultz alleged that defendant Dr. J. Kim was aware of Schultz's severe pain, but refused to treat it or investigate its underlying cause. *See Toguchi v. Chung,* 391 F.3d 1051, 1057 (9th Cir.2004) (discussing objective and subjective elements of deliberate indifference claim). Accordingly, we reverse the district court's judgment and remand for further proceedings.

**REVERSED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.